**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-263-JCM (GWF) |
| ) | |
| JAMES KARIBEE, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JAMES KARIBEE a criminal forfeiture money judgment in the amount of $1,000,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(2)(A).

IT IS FURTHER ORDERED that the Clerk of the Court will attach the Order of Forfeiture to an Amended Judgment in a Criminal Case.

DATED August 15, 2012.

_____
UNITED STATES DISTRICT JUDGE